

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00119-CV

**IN THE INTEREST OF S.Q.**, a Child

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 16-1813-CV
The Honorable Steve Burgess, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because she qualifies as indigent under TEX. R. APP. P. 20.

SIGNED June 27, 2018.

_____
Irene Rios, Justice